1  PHILLIP A. TALBERT
   United States Attorney
2  VINCENZA RABENN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**
DEC 26 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17 MJ 00210 EPG |
| Plaintiff, | ORDER AND WRIT TO TRANSPORT JORGE ROCA SUAREZ |
| v. | |
| JORGE ROCA SUAREZ, | DATE: January 3, 2018<br>TIME: 10 a.m. |
| Defendants. | COURT: Hon. Erica P. Grosjean |

Jorge Roca Suarez, an inmate, and a necessary and material witness on his own behalf in proceedings in this case on January 3, 2018, is confined at the Taft Correctional Institution at 1500 Cadet Rd, Taft, CA 93268, in the custody of the Warden and in the State and Eastern District of California. In order to secure this inmate's attendance it is necessary that a writ commanding the custodian to produce the inmate in the United States Courthouse, 2500 Tulare Street, Fresno, California on January 3, 2018 at 10 a.m.

//

//

ACCORDINGLY, IT IS ORDERED that:

A writ issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court. FURTHER, the Warden has been ordered to notify the court of any change in custody of the inmate and has been ordered to provide the custodian with a copy of the writ.

IT IS SO ORDERED.

Dated: December 26 2017    By: /s/ E. P. Grosjean
Hon. Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE