UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TRANSFER OF OFFENDERS Pursuant to 18 U.S.C. § 4100, et seq., <br><br> UNITED STATES OF AMERICA, <br><br>            Plaintiff, <br><br> vs. <br><br> JORGE ROCA SUAREZ, <br><br>            Defendant. | 1:17-MJ-00210-EPG <br><br><br><br> **ORDER** |

Pursuant to 28 U.S.C. § 636(g), the Honorable Erica P. Grosjean, a United States Magistrate Judge for the Eastern District of California, Fresno Division, is assigned to perform the verification proceedings as required by 18 U.S.C. § 4108 commencing on or about January 3, 2018, in Fresno, California, relating to the proposed transfer of offender from the United States of America to Bolivia, and is also authorized to assign counsel for said offender as provided in 18 U.S.C. § 4109.

IT IS SO ORDERED.

Dated: **December 28, 2017**          **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES CHIEF DISTRICT JUDGE