PHILLIP A. TALBERT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-MJ-00210-EPG |
|---|---|
| Plaintiff, | ORDER AND WRIT TO TRANSPORT JORGE ROCA SUAREZ |
| v. | |
| JORGE ROCA SUAREZ, | DATE: January 10, 2018<br>TIME: 10 a.m.<br>COURT: Hon. Erica P. Grosjean |
| Defendants. | |

Jorge Roca Suarez, an inmate, and a necessary and material witness on his own behalf in proceedings in this case on January 10, 2018, is confined at the Taft Correctional Institution at 1500 Cadet Rd, Taft, CA 93268, in the custody of the Warden and in the State and Eastern District of California. In order to secure this inmate's attendance it is necessary that a writ commanding the custodian to produce the inmate in the United States Courthouse, 2500 Tulare Street, Fresno, California on January 10, 2018 at 10 a.m. These proceedings were previously scheduled for a hearing on January 3, 2018 at 10 a.m.

//

//

ORDER AND WRIT TO TRANSPORT        1

ACCORDINGLY, IT IS ORDERED that:

1. A writ issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court. FURTHER, the Warden has been ordered to notify the court of any change in custody of the inmate and has been ordered to provide the custodian with a copy of the writ.
2. The previous Writ of Habeas Corpus Ad Testificandum, for January 3, 2018 at 10 a.m., is VACATED.

IT IS SO ORDERED.

Dated: December 28, 2017        By: _____
                                Hon. Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE